1  Stephen A. Ebner, Esq. (SBN 108348)
   LAW OFFICES OF STEPHEN A. EBNER
2  4766 Park Granada, Suite 206
   Calabasas, CA 91302
3
   Telephone:  (818) 591-7990                              **JS-6**
4  Facsimile:   (818) 591-7781
   email: ebnerlaw@earthlink.net/
5         balevy1@earthlink.net
6  Attorney for Plaintiff,
   Delores Gaines
7

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11  DELORES GAINES,                )   CASE   2:09-cv-04383-JHN-AJWx
                                   )   **ORDER ON**
12                                 )   STIPULATION DISMISSING
                 Plaintiff,        )   ACTION WITH PREJUDICE [Fed. R.
13                                 )   Civ. Pro. Sec. 41(a)(1)]
        v.                         )
14                                 )
   HUMANA, INC.; HUMANA            )
15 INSURANCE COMPANY; and          )
   DOES 2 through 100, Inclusive,  )
16                                 )
                 Defendants.       )
17 _____)

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

1

| GAINES v. HUMANA, INC. | STIPULATION DISMISSING ACTION WITH |
| USDC CASE: CV09-04383-FMC-AJWx) | PREJUDICE [Fed. R. Civ. Pro. Sec. 41(a)(1)] |

1   IT IS HEREBY STIPULATED by and between the parties to this action,

2   plaintiff, Delores Gaines, and defendant, Humana Insurance Company, by and

3   through their attorneys of record, that the above-captioned action, including all

4   claims for relief set forth therein, shall be dismissed in its entirety, with prejudice,

5   pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  The court shall

6   maintain jurisdiction in order to enforce settlement.  Each  party shall bear its own

7   attorneys' fees and costs.

8   Dated:   September 8, 2010          LAW OFFICES OF STEPHEN A. EBNER

9

10                                      STEPHEN A. EBNER

11                                      STEPHEN LOVE
                                        Attorneys for Plaintiff,
12                                      Delores Gaines

13

14  Dated:   September 17, 2010         OGLETREE, DEAKINS, NASH, SMOAL
                                        & STEWART, P.C.
15

16

17                                      JACK S. SHOLKOFF

18                                      BETH A. GUNN
                                        Attorneys for Defendant,
19                                      Humana Insurance Company

20
                                        IT IS SO ORDERED.
21                                      DATED:   SEP 2 0 2010

22

23                                      JACQUELINE H. NGUYEN

24                                      UNITED STATES DISTRICT JUDGE

25

26

27

28

2

| GAINES v. HUMANA, INC. | STIPULATION DISMISSING ACTION WITH |
| USDC CASE: CV09-04383-FMC-AJWx) | PREJUDICE [Fed. R. Civ. Pro. Sec. 41(a)(1)] |